Riches et al v. McNeil                                                                                                    Doc. 1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Troy Voit; Richard Yarbough,
Plaintiffs

v.

Christopher Eric McNeil,
Defendant

Class Action Suit Pursuant to Fed. R. Civ. P. 20
Preliminary Injunction / Temporary Restraining Order

Plaintiffs seek a Injunction Against Defendant. Plaintiffs civil Rights are violated by Defendant. Defendant is making threats of extortion, blackmail. Defendant is violent. Plaintiffs seek a restraining order.

Jonathan Lee Riches
Richard Yarbough
Troy Voit
P.O. Box 340
Salters, S.C. 29590

Respectfully,

Dockets.Justia.com