Riches et al v. McNeil — Doc. 1 Att. 1 — Dockets.Justia.com

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 JAN 2008

KT

United States District Court
District of South Carolina
Clerk of Court
Haynsworth Federal Bldg
300 E. Washington St
Greenville, S.C. 29601

29601+2800

Legal Mail